THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Classic Stair Works, LTD.,       
Respondent,
 
 
 

v.

 
 
 
Karen P. Ellison,       
Appellant.
 
 
 

Appeal From Anderson County
J. C. Nicholson, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-292
Submitted April 7, 2003  Filed April 
 29, 2003

AFFIRMED 

 
 
 
W. Grady Jordan, of Easley, for Respondent.
J. Calhoun Pruitt, Jr., of Anderson, for Appellant.
 
 
 

 PER CURIAM:  Affirmed 
 pursuant to Rule 220(b)(2), SCACR, and the following authorities:  Noisette 
 v. Ismail, 304 S.C. 56, 58, 403 S.E.2d 122, 124 (1991) (holding issues not 
 raised to and ruled on by the trial judge are not preserved for review by an 
 appellate court); McKissick v. J.F. Cleckley & Co., 325 S.C. 327, 
 344, 479 S.E.2d 67, 75 (Ct. App. 1996) (holding a party cannot argue one theory 
 at trial and a different theory on appeal). 
AFFIRMED. [1] 
STILWELL, HOWARD, JJ., and STROM, Acting Judge, 
 concur.

 
 [1] Because oral argument would not aid the Court 
 in resolving any issue on appeal, we decide this case without oral argument 
 pursuant to Rule 215, SCACR.